**Vernis FARMER, Appellant,**

v.

**UNITED STATES of America; John Doe, # 1; John Doe, # 2; Jane Doe, # 1, Appellees.**

**No. 10–2491.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 6, 2011.

Filed: April 13, 2011.

Vernis Farmer, Hayti Heights, MO, pro se.

Christina Bahr Moore, U.S. Attorney's Office, argued, St. Louis, MO, for Appellees.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

PER CURIAM.

Vernis Farmer appeals the district court's[1] dismissal of his civil action, without prejudice, for lack of subject matter jurisdiction. After careful review, we conclude dismissal was proper for the reasons stated by the district court. *See Bellecourt v. United States*, 994 F.2d 427, 430 (8th Cir.1993). Accordingly, we deny the

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

1. The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

pending motion and affirm. *See* 8th Cir. R. 47B.